F. Gautney, Judge. Suit by C. W. Krantz against D. O. Williams. Judgment for plaintiff, and defendant appeals. Affirmed. Baker & Sloan, of Jonesboro, for appellant. J. C. Brookfield, of Wynne, for appellee.

KIRBY, J. C. W. Krantz brought this suit for damages against D. O. Williams, alleged to have been caused by the failure of said Williams to deliver the timber on a certain section of land to his mill for being manufactured into lumber at the price stipulated therefor in the agreement. Appellee moved his mill to the different places upon the section of land indicated, where the timber could be cut and conveniently delivered to it, and cut all that was delivered in accordance with the terms of the contract. The contract was in writing, and with the letter of Williams, interpreting it, assented to and accepted by appellee, constituted a sufficiently definite agreement to be enforced. The testimony is sufficient to show that Williams violated the contract and refused to deliver the remainder of the timber to the mill for being manufactured at the agreed price in accordance with its terms, and to sustain the jury's verdict for the amount of damages awarded. The issues were fairly submitted to the jury by the instructions of the court, and they found a verdict in appellee's favor. The record does not disclose any prejudicial error, and the judgment is affirmed.

ADAMS v. STATE. (No. 4075.) (Court of Criminal Appeals of Texas. May 17, 1916.) Appeal from Gregg County Court; J. H. McHaney, Judge. Dave Adams was convicted of violating the local option law, and appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of violating the local option law; his punishment being assessed at a fine of $50 and 30 days' imprisonment in the county jail. The record is before us without a statement of facts or bill of exceptions. There is nothing suggested for revision, except the insufficiency of the evidence, which is not before us. The judgment is affirmed.

BLAIR. v. STATE. (No. 4064.) (Court of Criminal Appeals of Texas. May 10, 1916.) Appeal from District Court, Collin County; M. H. Garnett, Judge. Foot Blair was convicted of forgery, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of forgery, and his punishment assessed at two years' confinement in the state penitentiary. The record contains no bill of exceptions, and no statement of facts accompanies the record. The indictment properly charges the offense, and the case of necessity must be affirmed. The judgment is affirmed.

GAMBLE v. STATE. (No. 4095.) (Court of Criminal Appeals of Texas. May 24, 1916.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. Mose Gamble was convicted of larceny, and his motion for new trial was overruled, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of cattle theft; his punishment being assessed at two years' confinement in the pen tentiary. The record is before us without a statement of facts or bill of exceptions. There is nothing in the motion for new trial that can be reviewed in the absence of a statement of facts. The judgment, therefore, will be affirmed.

Ex parte RASBERRY. (No. 4077.) (Court of Criminal Appeals of Texas. May 10, 1916.) Appeal from District Court, Fisher County; John B. Thomas, Judge. Habeas corpus by Alfred Rasberry. From a refusal of bail in such proceeding, he appeals. Affirmed. J. F. Cunningham, of Abilene, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This is an appeal from the action of the lower court in refusing bail in a habeas corpus proceeding therefor. Our rule is not to discuss the facts on any such appeal. We have carefully read the statement of facts, and in our opinion the action of the judge of the lower court was correct. The case will therefore be affirmed.

WILSON v. STATE. (No. 4103.) (Court of Criminal Appeals of Texas. May 31, 1916.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. W. J. Wilson was convicted of cattle theft, and appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of cattle theft; his punishment being assessed at two years' confinement in the penitentiary. The record contains neither a statement of facts nor bill of exceptions. It presents nothing for revision by the court. The judgment, therefore, will be affirmed.

SEGAL v. McCALL CO. (No. 1012.) (Court of Civil Appeals of Texas. Texarkana. May 17, 1916. Rehearing Denied May 25, 1916.) Appeal from District Court, Marion County; P. A. Turner, Judge. Action by the McCall Company against J. J. Segal. Judgment for plaintiff and defendant appeals. On return of answers to questions certified by the Court of Civil Appeals to the Supreme Court (184 S. W. 188), judgment of trial court for plaintiff reversed. R. R. Taylor, of Jefferson, and Mahaffey & Thomas, of Texarkana, for appellant. W. T. Armistead and J. H. Benefield, both of Jefferson, for appellee.

HODGES, J. This suit was instituted in the court below by the McCall Company against J. J. Segal. The questions involved were certified by this court to the Supreme Court, and have been fully answered. See Segal v. McCall Company, 184 S. W. 188. The facts of the case are there fully stated. The answers returned by the Supreme Court to the questions certified necessitate a reversal of the judgment rendered in the court below in favor of the appellee, the McCall Company, and the rendition by this court of a judgment in favor of the appellant, J. J. Segal; and judgment will be entered accordingly.